# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUTLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GONZALES-MORAN,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01524-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE TO ACTION<br><br>FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED<br><br>(ECF No. 2)<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　Plaintiff Anthony Butler ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Plaintiff initiated this action on October 15, 2021, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) Plaintiff filed a prisoner trust fund account statement on October 20, 2021. (ECF No. 6.)

　　　Examination of these documents reveals that Plaintiff is able to afford the costs of this action. Specifically, Plaintiff's current available balance in his inmate trust account is $1,042.06. (ECF No. 6.)

　　　Accordingly, the Court HEREBY ORDERS the Clerk of the Court to randomly assign a District Judge to this action.

1

Further, it is HEREBY RECOMMENDED that:

1. The motion to proceed *in forma pauperis* (ECF No. 2) be DENIED; and
2. Plaintiff be ORDERED to pay the $402.00 initial filing fee in full to proceed with this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Plaintiff is advised that the failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 20, 2021**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE